UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EURSELLA HAYES-WILLIAMS, | § § | |
| Appellant, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-2281 |
| | § | |
| DANICA REBECCA VASSIGH, | § § | |
| Debtor. | § | |

## ORDER

On June 6, 2018, this appeal was filed with the Court. (Doc. No. 1). On June 18, 2018, the parties were notified of the deficiencies in the appeal. (Doc. No. 2). At a status conference on August 3, 2018, the Court ordered Appellant to cure the deficiencies in the appeal within fifteen (15) days; otherwise, the appeal would be dismissed. Appellant has failed to cure the deficiencies. Therefore, the appeal is hereby **DISMISSED**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 15th day of November, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE